IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED SEP 29 2010

| | |
|---|---|
| MARK KANE, Petitioner | CIVIL ACTION |
| v. | No. 09-3610 |
| FRANKLIN TENNIS, *et al.*, Respondents | |

ORDER

EDMUND V. LUDWIG, J.

AND NOW, this 29th day of September, 2010, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED. Objections are overruled.
2. The petition for a writ of habeas corpus is DENIED with prejudice.
3. There is no probable cause to issue a certificate of appealability.
4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

ENTERED
SEP 29 2010
CLERK OF COURT